# AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| NEW YORK | UNITED STATES DISTRICT | CASE #: 07 CIV. 6381 |
| SOUTHERN DISTRICT OF NEW YORK | | |

AARON AMBALU, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED

Plaintiff(s)/Petitioner(s)

against

CERTIFIED CREDIT & COLLECTION BUREAU

Defendant(s)/Respondent(s)

State of NY
County of Albany      SS

Kerry Gunner  being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the state of New York.

That on  7/16/07  at  3:45 PM
at the office of the Secretary of State of the State of New York in the City of Albany, NY,
deponent served the within

SUMMONS IN A CIVIL ACTION AND CLASS ACTION COMPLAINT

upon:  CERTIFIED CREDIT AND COLLECTION BUREAU S/H/A CERTIFIED CREDIT & COLLECTION BUREAU

defendant/respondent in this action by delivering and leaving with  Donna Christie  authorized agent in the office of the Secretary of State of the State of New York, 41 State Street, Albany, NY, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40.00. That said service was made pursuant to section

**306 of the Business Corporation Law**

Deponent further says that the person so served was known as aforesaid to be an authorized agent in the office of the Secretary of State of The State of New York duly authorized to accept such service on behalf of said defendant/respondent.

Deponent further states that the person actually served is described as follows:

DESCRIPTION:

| Sex | Skin Color | Hair Color | Approx. Age | Approx. Ht | Approx. Wt. | Other: |
|---|---|---|---|---|---|---|
| female | white | blond | 35-40 | 5'5" | 135 | |

Sworn to before me on: 7/16/2007

_signature_
Notary Public

_signature_
Kerry Gunner

| | | | |
|---|---|---|---|
| Claudia M. Murphy<br>Notary Public, State of NY<br>No 01MU5016071<br>Qualified in Albany County<br>Commission expires 8/2/09 | Kerry Gunner<br>Notary Public, State of NY<br>No 01GU5038710<br>Qualified in Albany County<br>Commission expires 2/6/2013 | Jessica DeVoe<br>Notary Public, Stateof NY<br>No 01DE6042657<br>Qualified in Albany County<br>Commission Expires<br>5/30/10 | 94525 |