P&P File Number C174250

*UNITED STATES DISTRICT COURT*
*SOUTHERN DISTRICT OF NEW YORK*
 *WHITE PLAINS*

---

AARON AMBALU,
On behalf of himself and all others similarly situated,

    Plaintiff,

vs.                                                             **7:07-cv-06381 (SCR)(MDF)**

CERTIFIED CREDIT & COLLECTION BUREAU

    Defendant

---

## NOTICE OF APPEARANCE

Mitchell L. Williamson hereby enters his appearance on behalf of defendant Certified Credit & Collection Bureau

Dated:  August 10, 2007

*s/Mitchell L. Williamson*
MITCHELL L. WILLIAMSON, ESQ. (MLW-7158)
PRESSLER AND PRESSLER
Attorneys for Defendant, pro se

| | |
|---|---|
| 16 Wing Drive | 16851 Jericho Turnpikes, Suite 190 |
| Cedar Knolls, New Jersey 07927 | Syosset, NY 11791 |
| Telephone: (973) 753-5100 | Telephone: (516) 496-3663 |
| Facsimile:  (973) 753-5353 | Facsimile:  (516) 496-8252 |