UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK  
WHITE PLAINS

P&P File Number C174250

---

AARON AMBALU,  
On behalf of himself and all others similarly situated,

    Plaintiff,

vs.

7:07-cv-06381 (SCR)(MDF)

CERTIFIED CREDIT & COLLECTION BUREAU

    Defendant

---

## STIPULATION FOR EXTENSION OF TIME TO ANSWER COMPLAINT

Through counsel, Defendant Certified Credit & Collection Bureau has requested from counsel to Plaintiff Aaron Ambalu additional time to respond to the complaint.

Plaintiff Aaron Ambalu and Defendant Certified Credit & Collection Bureau therefore agree and stipulate that Defendant Certified Credit & Collection Bureau shall have until August 24, 2007 in which to file an Answer or otherwise respond to the Complaint filed by Plaintiff Aaron Ambalu.

_____  
Mitchell L. Williamson, Esquire. (MLW-7158)  
Pressler & Pressler, LLP  
16 Wing Drive  
Cedar Knolls, New Jersey 07927  
Telephone: (973) 753-5100  
Facsimile: (973) 753-5353  
Attorneys for Defendant

_____  
Abraham Kleinerman  
626 RexCorp. Plaza  
Uniondale, N.Y. 11556-0165

Telephone: 516-522-2621  
Fax: 888-903-8400  
Attorney for Plaintiff