P&P File Number C174250

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS

---

AARON AMBALU

       Plaintiff

vs.                                                  07 Civ 6381 (SCR)

CERTIFIED CREDIT & COLLECTION BUREAU

                                                                                  STIPULATION OF DISMISSAL

       Defendant

---

The matter in difference in the above entitled action having been amicably adjusted by and between the parties, and with no class having been certified, it is hereby stipulated and agreed that the complaint be and is hereby dismissed with prejudice and without costs or fees to either party.

_____
Abraham Kleinman, Esquire (AK-6306)
Attorney for Plaintiff
626 RexCorp Plaza
Uniondale New York 11556
Telephone (516) 522-2621
Facsimile (888) 903-8400

Dated: 09/05/2017

_____
Mitchell L. Williamson, Esq. (MLW-7158)
PRESSLER AND PRESSLER
Attorneys for Defendant
16851 Jericho Turnpikes, Suite 190
Syosset, NY 11791
Telephone: (516) 496-3663
Facsimile: (516) 496-8252

Dated: 9/5/07